### TAILER ag[t] ELLIS

William Tailer administrato[r] to the Estate of FreeGrace Bendall deced. plaint. ag[t] Henry Ellis Def[t] in an action of debt of Sixteen pound in mony due by bond bearing date March. 18[o] 1676. under the hand & Seale of s[d] Ellis with all other due damages &c. . . . The Jury . . . found for the plaint. Forfiture of the bond Sixteen pounds mony & costs of Court.

### BALSTON agt. WOODBRIDGE

Jonathan Balston Senio[r] plaint. ag[t] Thomas Woodbridge Def[t] in an action of debt of Eighteen pound thirteen Shillings in mony due by bill bearing date aug[o] 25. 1676. with due damages &c. [ 474 ] . . . The Jury . . . found for the plaint. Eighteen pound thirteen Shillings in mony debt according to bill twenty Shillings mony damage and costs of Court allow[d] twenty Six Shillings six pence.

Execution issued pr[o] Janur[o] 1677.